# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| LAWSON,<br><br>v.<br><br>KANSAS DEPARTMENT OF<br>CHILDREN AND FAMILIES, et al. | Case No. 25-3182 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: __Office of the Kansas Attorney General__

[Party or Parties][1]

_____Appellee/Respondent_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


__James Eric Todd__
Name of Counsel

__/s/ *James Eric Todd*__
Signature of Counsel

120 SW 10th Ave., 2nd Floor,
Topeka, KS 66612
785-291-3988
Mailing Address and Telephone Number

_James.Todd@ag.ks.gov_
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

\_10/24/2025_____
Date

\_\_/s/ James Eric Todd_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒     On __10/24/2025__ I sent a copy of this Entry of Appearance Form to:

_____Angeliina Lynn Lawson_____

At    __1914 5th Avenue Leavenworth, KS 66048_____,

the last known address, by U.S. Mail Postage Pre-Paid_____.
                                                  [state method of service]

___10/24/2025_____
Date

___/s/ James Eric Todd_____
Signature