UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance - Pro Se**

**Angeliina L. Lawson,**
**Appellant, Petitioner**

v.

**Kansas Dept Children Families,**
**Kansas Attorney General,**
**Amanda Miranda,**
**Heather Dunz,**
**Appellee/Respondents**

Case No. 25-3182

I hereby notify the clerk that I am appearing pro se as the

_____Angeliina Lawson, Appellant/Petitioner_____
(Appellant, Petitioner, Appellee or Respondent)

in this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

x     All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal, or

      There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

___Angeliina Lawson_____
Signature

         ___Angeliina Lawson_____
         ___1914 5th Ave_____
         _Leavenworth, KS 66048___

# CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

x On ___Oct 27, 2025___ I sent a copy of the Pro Se Entry
                [date]

of Appearance Form to:___all counsels on record_____

at___designated addresses on file_

by __US Mail_____.

October 27, 2025

___Angeliina Lawson_____
Signature

---

# CERTIFICATE OF INTERESTED PARTIES
(attach additional pages if necessary)